# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC.<br>SPRINT FIDELIS LEADS PRODUCTS<br>LIABILITY LITIGATION<br><br>This documents relates to:<br>**Graziani v. St. Jude Medical et al.**<br>**08-cv-01207** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S AMENDED MOTION TO DISMISS AND TO SEVER, AND SUGGESTION OF REMAND** |

Upon consideration of Plaintiffs' Lead Counsel's Amended Motion to Dismiss (Doc. No. 40), and based on all the files, records and proceedings herein, **IT IS ORDERED** that the Motion is **GRANTED**. Pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the claims of Plaintiff Karin Graziani in the action styled Graziani v. St. Jude Medical et al., Civ. No. 08-cv-01207, against Medtronic, Inc. are **DISMISSED WITH PREJUDICE**. The Court having expressly determined that there is no just reason for delay for entering judgment as to the dismissed claims, **LET JUDGMENT BE ENTERED ACCORDINGLY** as to those claims.

The Court believes that the remaining claims against non-Medtronic Defendant, St. Jude Medical, a Minnesota Corporation, should be remanded by the Judicial Panel on Multidistrict Litigation ("JPML") to the United States District Court for the Central District of California, the transferor court, for further proceedings, and it hereby **SUGGESTS** the same to the JPML. See JPML R. 10.1(b)(i).

Dated:  July 14, 2011                              s/ Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge