UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IN RE MEDTRONIC, INC. SPRINT        MDL NO. 08-1905 (RHK/JSM)
FIDELIS LEADS PRODUCTS LIABILITY
LITIGATION                          **ORDER**

This documents relates to:
**Stack v. Medtronic, Inc., et al., 08-cv-965**
**Graziani v. St. Jude Medical, et al., 08-cv-1207**
**Riels v. Medtronic, Inc., et al., 08-cv-1915**
**Hayes v. Medtronic, Inc., et al., 08-cv-4739**
**Richards v. Medtronic, Inc., et al., 09-cv-294**
**Cooley v. Medtronic, Inc., et al., 09-cv-952**
**Rosado-Rosado v. Medtronic, Inc., et al., 09-cv-1874**
**Cruz v. Medtronic, Inc., et al., 09-cv-2117**
**Vidales v. Medtronic, Inc., et al., 09-cv-3450**
**Egan-Alford v. Medtronic, Inc., et al., 10-cv-347**
**Reso v. HCA Health Services, et al., 10-cv-2055**
**Soderberg v. Medtronic, Inc., et al., 10-cv-2253**
**Creighton v. Medtronic, Inc., et al., 10-cv-4325**
**Lawson v. Medtronic, Inc., et al., 10-cv-4841**
**Foley v. Medtronics, Inc., 11-cv-1589**

---

Plaintiffs' Lead Counsel has filed an Amended Motion to Remand in the above-styled actions, seeking an Order suggesting to the Judicial Panel on Multidistrict Litigation ("JPML") that the remaining claims in these actions be remanded to their respective transferor courts and that this Multidistrict Litigation be dissolved. Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that any party in the above actions opposing the Motion shall serve and file a response thereto on or before November 9, 2011.

Dated: October 26, 2011                    s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge